B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re  Metro Home Health Care Network  ,
Debtor

Case No. 13-61253

Chapter 11

**Amended**  LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

See attached

Date: 12/9/2013

*/s/ George A Shaieb*
George A Shaieb, Pres./CEO
Debtor

*[Declaration as in Form 2]*

13-61253-pjs    Doc 58    Filed 12/09/13    Entered 12/09/13 16:22:23    Page 5 of 6
13-61253-pjs    Doc 62    Filed 12/11/13    Entered 12/11/13 11:09:23    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re Metro Home Health Care Network, Inc.     Case No. 13-61253-pjs
                                                Chapter 11

## Amended ATTACHMENT TO LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | (1) Name of Creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of Claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 1. | George A. Shaieb | 990 Wellsley Court Bloomfield Hills, MI 48304 | Loans to the Debtor | | $2,000,000 |
| 2. | Richard Porter | 4943 Birchcrest Drive Oscoda, MI 48750 | acquisition | | $1,400,000 |
| 3. | Kathy M. Shaieb | 990 Wellsley Court Bloomfield Hills, MI 48304 | Loans to Debtor | | $175,000 |
| 4. | Schafer and Weiner | 40950 Woodward Avenue, Suite 100, Bloomfield Hills, MI 48304 | Legal Fees | | $119,635.06 |
| 5. | George Scott Shaieb | 990 Wellsley Court Bloomfield Hills, MI 48304 | Loans to the Debtor | | $70,000 |
| 6. | Michael Hall | 1976 Roxbury Run Wixom, MI 48393 | Loans to the Debtor | | $75,000 |
| 7. | Edward Michael Shaieb | 2379 South Apache Drive, Shelby, MI 49455 | Loans to the Debtor | | $61,500 |
| 8. | Timothy Czmiel | Heartland Capital, LLC 882 Chancellor Court Naperville, IL 60540 | Restructuring fees | | $59,000 |
| 9. | State of Michigan Unemployment Insurance Agency | PO Box 33598 Detroit, MI 48232-5598 | Unemployment insurance premiums | | $50,000 undetermined |
| 10. | American Arbitration Association | 950 Warren Avenue East Providence, RI 02914 | Arbitration fees | disputed | $19,393 |
| 11. | Kinnser Agency Manager | 2600 Via Fortuna, Suite 300 Southfield, MI 48033-2560 | Computer software services | | $14,487.50 |
| 12. | Correll Associates P.C. | 26026 Telegraph Road Suite 200 Southfield, MI 48033-2560 | accounting | disputed | $11,700 |
| 13. | Mckesson Medical Supplies | PO Box 630693 Cincinnati, OH 45263-0693 | Vendor for medical supplies | | $10,992.47 |
| 14. | Howard and Howard | 450 W. 4th Street Royal Oak, MI 48067 | Legal fees | | $9,000 |
| 15. | Preferred Data Systems, LLC | 39100 Country Club Drive Suite 200 Farmington Hills, MI 48331 | Computer services | | $8,913.80 |
| 16. | Verizon Wireless | PO Box 15060 Albany, NY 12212-5062 | Wireless services | | $8,197.80 |
| 17. | Michigan Dept of Treasury | Lansing, Michigan 48922 | Payroll taxes | | $6,872.53 estimated |
| 18. | UHY Advisors MI, Inc. | Dept. CH 16401 Palatine, IL 60055-6401 | Accounting | | $6,770 |
| 19. | | | | | |
| 20. | | | | | |