In re  **Metro Home Health Care Network, Inc.**                             , Case No. __**13-61253**__
                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**3M Cogent** | | - | | | | | 608.08 |
| Account No.<br><br>**AAA Locksmiths** | | - | | | | | 1,572.50 |
| Account No.<br><br>**Accident Fund** | | - | | | | | 17,379.10 |
| Account No.<br><br>**Aetna, Inc.** | | - | | | | | 2,393.51 |
| __15__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 21,953.19 |

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AFLAC** | | - | | | | | 161.25 |
| Account No.<br><br>**ALI Solutions** | | - | | | | | 602.27 |
| Account No.<br><br>**Alliance Benefit Group** | | - | | | | | 2,800.70 |
| Account No.<br><br>**Always Care** | | - | | | | | 1,913.80 |
| Account No.<br><br>**American Arbitration Association**<br>**950 Warren Avenue**<br>**East Providence, RI 02914** | | - | | | | | 19,393.90 |

Sheet no. **1** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    24,871.92

B6F (Official Form 6F) (12/07) - Cont.

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **American Express** | | - | | | | | 15,328.26 |
| Account No. <br> **American Express** | | - | | | | | 5,757.92 |
| Account No. <br> **American Express** | | - | | | | | 6,000.00 |
| Account No. <br> **American Inbound** | | - | | | | | 117.50 |
| Account No. <br> **Amerisure Insurance** | | - | | | | | 549.00 |

Sheet no. **2** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **27,752.68**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Metro Home Health Care Network, Inc.** , Case No. **13-61253**
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Arbor Associates Inc.** | | - | | | | | 700.00 |
| Account No.<br>**AT&T** | | - | | | | | 984.93 |
| Account No.<br>**Bank of America Merrill Lynch American E** | | - | | | | | 25,476.03 |
| Account No.<br>**Beachum & Roeser** | | - | | | | | 983.96 |
| Account No.<br>**Bulls Eye Telecom** | | - | | | | | 815.94 |

Sheet no. **3** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **28,960.86**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Cascade Charter Township** | | - | | | | | 12.21 |
| Account No.<br>**CCS Business Machines Inc,** | | - | | | | | 390.52 |
| Account No.<br>**CenturyLink** | | - | | | | | 37.19 |
| Account No.<br>**Cintas Document Management** | | - | | | | | 2,114.65 |
| Account No.<br>**City of Dearborn** | | - | | | | | 1,253.52 |

Sheet no. **4** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,808.09**

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Comcast** | - | | | | | | 1,159.90 |
| Account No. **Comcast Business Class** | - | | | | | | 2,200.99 |
| Account No. **Correll Associates P.C.** 26026 Telegraph Road, Suite 200 Southfield, MI 48033-2560 | - | | | | | | 11,703.68 |
| Account No. **Diagnosis Coding Pro** | - | | | | | | 367.00 |
| Account No. **Dr. Jeffrey Herman** | - | | | | | | 1,200.00 |

Sheet no. **5** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16,631.57**

In re  **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Emdeon Business Services** | | - | | | | | 43.20 |
| Account No. **Evercare** | | - | | | | | 1,614.74 |
| Account No. **GE Capital Information Tech. Solution** | | - | | | | | 1,125.18 |
| Account No. **Georgetowne Properties LLC** | | - | | | | | 702.50 |
| Account No. **GLMI** | | - | | | | | 1,000.00 |

Sheet no. **6** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,485.62**

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**HomecareCRM LLC** | - | | | | | | 5,360.00 |
| Account No.<br><br>**Howard and Howard**<br>**450 W 4th St.**<br>**Royal Oak, MI 48067** | - | | | | | | 9,000.00 |
| Account No.<br><br>**HR Pro** | - | | | | | | 150.00 |
| Account No.<br><br>**Hyundai Motor Finance** | - | | | | | | 1,424.28 |
| Account No.<br><br>**Ivans Inc.** | - | | | | | | 77.32 |

Sheet no. **7** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16,011.60**

In re  **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Jackson Publishing** | | - | | | | | 575.00 |
| Account No. <br> **JJ Keller & Associates** | | - | | | | | 53.88 |
| Account No. <br> **Jules and Associates** | | - | | | | | 3,775.40 |
| Account No. <br> **Kerr, Russell & Weber PLC** | | - | | | | | 450.00 |
| Account No. <br> **Kinser Agency Manager** | | - | | | | | 14,487.50 |

Sheet no. **8** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  19,341.78

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Legal Shield** | | - | | | | | 155.60 |
| Account No.<br>**Lighthouse-Keuning** | | - | | | | | 371.00 |
| Account No.<br>**Mckesson Medical Supplies**<br>P.O. Box 630693<br>Cincinnati, OH 45263-0693 | | - | | | | | 10,992.47 |
| Account No.<br>**Metro Home Health Care Plans, Inc.** | | - | | | | | 7,875.75 |
| Account No.<br>**Michael Plante** | | - | | | | | 50.47 |

Sheet no. **9** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **19,445.29**

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Michigan Department of Treasury**<br>**Lansing, MI 48922** | | - | | | | | 6,872.53 |
| Account No.<br>**Michigan Unemployment Insurance Agency** | | - | | | | | 15,895.95 |
| Account No.<br>**MikeRo MOH** | | - | | | | | 325.00 |
| Account No.<br>**Monroe Rent** | | - | | | | | 1,950.00 |
| Account No.<br>**MSW Consultants** | | - | | | | | 460.00 |

Sheet no. **10** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **25,503.48**

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Pitney Bowes** | - | | | | | | 150.24 |
| Account No.<br>**PPS Plus Software** | - | | | | | | 1,592.00 |
| Account No.<br>**Preferred Data Systems, LLC**<br>**39100 Country Club Drive, Suite 200**<br>**Farmington, MI 48331** | - | | | | | | 8,913.80 |
| Account No.<br>**Priority Health** | - | | | | | | 27,560.42 |
| Account No.<br>**Public Storage** | - | | | | | | 24.55 |

Sheet no. **11** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **38,241.01**

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Ralph C. Wilson Agency Inc.** | - | | | | | | 250.00 |
| Account No.<br>**Richard Porter**<br>**4943 Birchcrest Dr.**<br>**Oscoda, MI 48750** | - | | | | | | 1,400,000.00 |
| Account No.<br>**Rite Step Rehab Solutions** | - | | | | | | 5,000.00 |
| Account No.<br>**Salesforce.com INC** | - | | | | | | 1,136.85 |
| Account No.<br>**Schafer and Weiner**<br>**40950 Woodward Avenue, Suite 100**<br>**Bloomfield Hills, MI 48304** | - | | | | | | 119,635.06 |

Sheet no. **12** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,526,021.91**

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Shannon Shaieb** | | - | | | | | 226.53 |
| Account No.<br>**SOS Inc.** | | - | | | | | 2,506.89 |
| Account No.<br>**Staples** | | - | | | | | 775.88 |
| Account No.<br>**Stericycle Inc.** | | - | | | | | 174.09 |
| Account No.<br>**Subaru Motors Finance c/o JPMorgan Chase** | | - | | | | | 1,888.20 |

Sheet no. **13** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,571.59**

In re **Metro Home Health Care Network, Inc.** , Case No. **13-61253**
　　　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Supplemental Health Care** | | - | | | | | 978.00 |
| Account No.<br>**TDS Metrocom** | | - | | | | | 221.16 |
| Account No.<br>**UHY Advisors MI, Inc.**<br>**Dept. CH 16401**<br>**Palatine, IL 60055-6401** | | - | | | | | 6,770.00 |
| Account No.<br>**US Bank, NA**<br>**PO Box 5229**<br>**Cincinnati, OH 45201-5229** | | - | | | | | 25,000.00 |
| Account No.<br>**US Bank, NA**<br>**PO Box 5229**<br>**Cincinnati, OH 45201-5229** | | - | | | | | 938.97 |

Sheet no. **14** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,908.13**

B6F (Official Form 6F) (12/07) - Cont.

In re **Metro Home Health Care Network, Inc.**, Case No. **13-61253**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Verizon Business** | - | | | | | | 57.65 |
| Account No.<br>**Verizon Wireless**<br>**PO Box 15060**<br>**Albany, NY 12212-5062** | - | | | | | | 8,197.80 |
| Account No.<br>**XO Communications** | - | | | | | | 3,231.18 |
| Account No.<br>**ZirMed** | - | | | | | | 448.00 |
| Account No. | | | | | | | |

Sheet no. **15** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,934.63**

Total (Report on Summary of Schedules) **1,824,443.35**