UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:                                                                )        Chapter 11
                                                                      )        Case No. 13-61253-pjs
Metro Home Health Care Network, Inc. ,   )        Hon. Phillip J. Shefferly
                                                                      )
                    Debtor.                                )

## NOTICE OF WITHDRAWAL OF AMENDED COVER SHEET FOR AMENDMENTS

**PLEASE TAKE NOTICE** that the *Amended Cover Sheet for Amendments* filed as Docket No. 123 filed by Mark R. James on December 26, 2013, is hereby withdrawn and replaced with the *Amended Cover Sheet for Amendments*, Docket No. 124.

|  |  |
|---|---|
|  | /s/ Mark R. James |
|  | Mark R. James (P54375) |
|  | Williams, Williams, Rattner & Plunkett, P.C. |
|  | 380 North Old Woodward Ave., Suite 300 |
|  | Birmingham, MI 48009 |
|  | (248) 642-0333 |
| Dated: December 26, 2013 | mrj@wwrplaw.com |
|  | *Attorney for Debtor* |

00867457.01

## CERTIFICATION OF SERVICE

I hereby certify that on December 26, 2013 the NOTICE OF WITHDRAWAL OF AMENDED COVER SHEET FOR AMENDMENTS was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter.

Dated: December 26, 2013

/s/ Mark R. James
Mark R. James (P54375)
Williams, Williams, Rattner & Plunkett, P.C.
380 North Old Woodward Ave., Suite 300
Birmingham, MI 48009
(248) 642-0333
mrj@wwrplaw.com

*Attorney for Debtor*

00867457.01