IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Metro Home Health Care Network, Inc.**[1] | ) | Chapter 11 |
| | ) | Case No. 13-61253-pjs |
| Debtor. | ) | Hon. Phillip J. Shefferly |
| | ) | Jointly Administered |

## NOTICE OF FINAL HEARING AND OPPORTUNITY TO OBJECT

The Debtor's (Metro Home Health Care Network, Inc.) continued cash collateral motion is set for Final Hearing before this Court in room 1975, 211 West Fort Street, Detroit, Michigan on **Thursday, January 16, 2014 at 9:30 a.m.** (such date or such later date to which the final hearing is adjourned or continued, the "Final Hearing Date"), at which time any party in interest may present any timely filed objections to the entry of a final order.

Objections to the entry of a Final Order on the Motion shall be in writing and shall be filed with the United States Bankruptcy Court Clerk for the Eastern District of Michigan (address below) no later than 14 days from the date of this notice, except that that an official committee may file objections within 14 days after it is served with the entered Order.

**United States Bankruptcy Court**
211 West Fort Street, Suite 2100
Detroit, Michigan 48266

If you mail your response to the court for filing, you must mail it early enough so the court will receive it timely. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Ernest J. Essad Jr.
Salvatore A. Barbatano
Mark R. James
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
380 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856

---

[1] The Debtors in these jointly administered proceedings are: Metro Home Health Care Network, Case No. 13-61253, and Metro Home Health Care Plans, Inc., Case No. 13-61254.

1

DATED: December 26, 2013  Respectfully submitted,

/s/ Salvatore A. Barbatano
Ernest J. Essad Jr.
Salvatore A. Barbatano
Mark R. James
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
380 North Old Woodward Avenue, Suite 300
Birmingham, MI 48009
Telephone: (248) 642-0333
Facsimile: (248) 642-0856
Email: EJEssad@wwrplaw.com
Email: SABarbatano@wwrplaw.com
Email: mrjames@wwrplaw.com

*Attorneys for Debtor*