UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                              Case No. 13-61253
                                                                    Chapter 11
    Metro Home Health Care Network, Inc.[1]          Hon. Phillip J. Shefferly

Debtor.
_____/

## APPEARANCE AND NOTICE

    PLEASE TAKE NOTICE that Rosemary Hayes, Richard Porter and The Shepherd's Hand, hereby appears through their co-counsel Simon, Stella & Zingas, P.C., and request that all future correspondence and/or pleadings given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following persons at the following address, telephone number, and email address:

                           SIMON, STELLA & ZINGAS, P.C.

                        BY:    /S/ Stephen P. Stella
                                STEPHEN P. STELLA (P33351)
                                Co-Counsel for Rosemary Hayes, Richard
                                Porter and The Shepherd's Hand
                                645 Griswold, Ste. 3466
                                Detroit, MI 48226
                                (313) 962-6400
                                attorneystella@sszpc.com

Dated: January 17, 2014

---

[1] The Debtors in these jointly administered cases are Metro Home Health Care Network, Inc. Case No. 13-61253, and Metro Home Health Care Plans, Inc. Case No. 13-61254.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 13-61253
 Chapter 11
    Metro Home Health Care Network, Inc.[1]  Hon. Phillip J. Shefferly

Debtor.
_____/

## PROOF OF SERVICE

  I, Antinette Gaty, hereby certify that on January 17, 2014, I electronically filed the following:

APPEARANCE AND NOTICE

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF System has served all registered users.

|  |  |
|---|---|
|  |  /S/ Aninette Gaty_____ |
|  | ANTINETTE GATY |
| Subscribed and sworn to before me | 645 Griswold, Ste. 3466 |
| this 17th day of January, 2014 | Detroit, MI 48226 |
|  | (313) 962-6400 |
|  /S/ Stephen P. Stella_____ | Secretary to Stephen P. Stella |
| Stephen P. Stella | attorneystella@sszpc.com |
| Oakland County, Michigan |  |
| My commission expires: 11/18/2017 |  |

---

[1] The Debtors in these jointly administered cases are Metro Home Health Care Network, Inc. Case No. 13-61253, and Metro Home Health Care Plans, Inc. Case No. 13-61254.